# EXHIBIT A

Home > *About Us* >

# About Environ

## *Who we are*

0:00 / 1:57

Environ is a globally recognised and loved Professional Skin Care brand that is built on science, beauty and care.

We believe that skin has a life and that vitamin A is the "oxygen" it needs to look beautiful and healthy for life.

FIND A STOCKIST NEAR YOU

## *Pioneer*

The introduction of vitamin A into skin care formulations was a ground-breaking development. Dr Des Fernandes, rated amongst the top five plastic surgeons in the world, was a pioneer in this field in the 1980s, and was the the first to successfully use vitamin A and antioxidants in a cosmetic product.

Environ's Group Chairman and CEO Val Carstens, believed in her brother, and commenced selling these creams to friends and family prior to the formation of the company. She has built Environ Skin Care from a dream to the global success that it is today with over

140 products available in more than 70 countries.

## *Cornerstone Ingredient*

Since Dr Des Fernandes founded Environ in 1990, vitamin A has become the cornerstone ingredient in the Environ Skin Care philosophy. It is an essential skin nutrient that has to be replenished every day for skin to appear healthier and more resilient.

Combined with other essential nutrients, like antioxidants and peptides, the long-term enhancement of the appearance of the skin becomes clearly visible. Backed by constant research, new and even more effective products are continually being introduced to the Environ range.

## *World Acclaim*

As a brand, we are proud enough to recommend our products to the people who matter most in our lives. If we weren't, we wouldn't create them.

Environ uses the power of beautiful science to create products that make a real difference to people's lives. The 100+ international awards continue to recognise the brand for outstanding products which is why Environ is favoured by international skin care therapists, the medical fraternity, beauty editors, aestheticians and film stars.

## Vitamin A

*This is the cornerstone ingredient in the Environ skin care philosophy.*

---

## Vitamin STEP-UP SYSTEM™



*Created to help skin become comfortable with an increase in vitamin complexes.*

| ABOUT US | PRODUCTS | SCIENCE OF ENVIRON |
|---|---|---|
| News and Articles | Essential Care | Aging Skin |
| About Us | Focused Care | Acne |
| Contact Us | Even More Care | Dry Skin |
| Terms & Conditions | Skin Care Professionals | Results |
| Privacy Policy | Find a Stockist | Vitamin A |
| Cookie Policy | | Vitamin STEP-UP SYSTEM™ |
| Sitemap | | |