# Exhibit C

screenshot_dermaconcepts.com_2020.06.11-11_57_11
https://dermaconcepts.com/blogs/blog/a-professional-skin-care-line-for-medspas
11.06.2020



consumer engagement online.

If you're a results-driven aesthetic provider, we invite you to consider the pioneer in results-driven and clinically-proven skin care — Environ! To learn more about becoming an Environ Skin Care stockist, please call 877.337.6227 today.

**FIND A PROFESSIONAL**  **BECOME A PROFESSIONAL**

Share this post

**f Share**  **🐦 Tweet**

Tags: Medspa, Stockist

← Older Post                                                                                                          Newer Post →

| ENVIRON SKINCARE | THE ENVIRON DIFFERENCE | CUSTOMER CARE | LEGAL | CONTACT US TO FIND A PROFESSIONAL |
|---|---|---|---|---|
| About Us | Why Environ | Contact Us | Terms & Conditions | 508-539-3900 |
| Education & Training | Customer Service | Find a Professional | Privacy Policy | 1-877-DERMACARE (337-6227) |
| Upcoming Trainings | Ethics of Environ | Careers | ©2020 DermaConcepts | |

/