# Exhibit G

Screenshot www.environskincare.com 2020.06.11-12_21_04
https://www.environskincare.com/skin-care-professionals/
11.06.2020








