# EXHIBIT H





Environ C-Quence Serum 2

★★★★★ 1

$188.49 ($188.49/Count)

FREE Shipping

Only 1 left in stock - order soon.



ENVIRON VITA BOTANICAL MELA-FADE SERUM SYSTEM

$183.58 ($166.89/Fl Oz)

FREE Shipping

Only 5 left in stock - order soon.



Environ Intensive Colostrum Gel

★★★★★ 3

$94.92 ($94.92/Count)

FREE Shipping

Only 6 left in stock - order soon.



Environ C-Quence Serum 4

★★★★★ 1

$193.97 ($193.97/Count)

FREE Shipping

Only 4 left in stock - order soon.





**Environ Cleanser**

$77⁶² ($77.62/Count)

FREE Shipping

Only 4 left in stock - order soon.



**Environ AVST 1**

$119¹² ($119.12/Count)

FREE Shipping

Only 4 left in stock - order soon.



**Environ Derma Lac Lotion**

★★★★☆ ⌄ 3

$144⁰² ($144.02/Count)

FREE Shipping

Only 6 left in stock - order soon.



**Environ Vita-Peptide Youth EssentiA Eye Gel**

$175⁰⁰ ($175.00/Count)

FREE Shipping

Only 3 left in stock - order soon.





**Environ C-Quence Serum 3**

$183.92 ($183.92/Count) $196.77

FREE Shipping

Only 2 left in stock - order soon.



**Environ Antioxidant & Peptide Eye Gel**

★★★★★ 1

$87.99 ($87.99/Count)

FREE Shipping

Only 5 left in stock - order soon.



**Environ Hydrating Clay Masque**

★★★★★ 1

$79.55 ($79.55/Count)

FREE Shipping

Only 7 left in stock - order soon.



**Environ AVST 4**

★★★½☆ 3

$145.95 ($145.95/Count)

FREE Shipping



Only 1 left in stock - order soon.

Environ Classic AVST 3

$135⁴³ ($135.43/Count)

FREE Shipping
Only 2 left in stock - order soon.

← Previous   1   2   3   Next →

Need help?

Visit the help section or contact us



Sponsored

More items to explore    Page 1 of 4

Ortofon 2M Blue premounted on headshell

Decksaver Protective Cover for Technics SL-1200/1210

nagaoka JN – P110 MP – 110 Cartridge

Audio-Technica ATLP1240USBXP Direct-

Ortofon 2M Blue PnP Moving Magnet Cartridge

Mullard 12AU7, Matched Pair

★★★★☆ 75
$269.00 ✓prime

and Pioneer PLX-1000
★★★★☆ 200
1 offer from $196.12

Replacement Needle
★★★★★ 9
$74.84 ✓prime

Drive Professional DJ Turntable (USB &...
★★★★★ 52
$499.00 ✓prime

★★★★☆ 47
$282.00 ✓prime


★★★★☆ 6
$39.26

## More items to explore
Page 1 of 2





Varier Variable Balans Original Kneeling Chair Designed by Peter Opsvik (Dark Blue Revive Fabric...
★★★★☆ 20
$349.00 ✓prime



Herman Miller Embody Ergonomic Office Chair with White Frame/Titanium Base |...
★★★★☆ 32
$1,645.00 ✓prime



Varier Variable Balans Original Kneeling Chair Designed by Peter Opsvik (Black Revive Fabric with...
★★★★☆ 36
$349.00 ✓prime



Safco Products Zenergy Ball Chair, Crimson Mesh
★★★★☆ 396
$119.99 ✓prime



Varier Move Tilting Saddle Stool (Black Revive Fabric with Natural Ash Base)
★★★★☆ 19
$349.00 ✓prime



Herman Miller Embody Ergonomic Office Chair | Fully Adjustable Arms and Carpet Casters | Peacock...
★★★★☆ 286
$1,495.00 ✓prime

## Your Browsing History    View or edit your browsing history ›
Page 1 of 2












Back to top

### Get to Know Us
Careers
Blog
About Amazon
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Tours

### Make Money with Us
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products

### Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon Business Line of Credit
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

### Let Us Help You
Amazon and COVID-19
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

