# EXHIBIT I



screenshot-www.amazon.com-2020.08.24-17_42_42
https://www.amazon.com/gp/offer-listing/B07ZWQ4YK6/ref=dp_olp_NEW_mbc?ie=UTF8&condition=NEW&m=A1U446ORNUAU3Y
24.08.2020









*screenshot-www.amazon.com-2020.08.24-17_47_20*
*https://www.amazon.com/gp/help/customer/display.html?ref=olp_cg_pop?ie=UTF8&nodeId=200143590&pop-up=1*
*24.08.2020*

Help                                                                                                              Close window ✕

# Marketplace Items Condition Guidelines

Buying used and collectible items from an Amazon seller is as easy as buying directly from Amazon.com. To help you make the best buying decision, click the type of product you're interested in below to see the conditions sellers use to describe their items:

## General Condition Guidelines

The following guidelines apply to all product categories unless otherwise indicated within specific categories.

- *New*: Just like it sounds. A brand-new item. Original manufacturer's warranty, if any, still applies, with warranty details included in the listing comments. Original packaging is present for most New items but certain items may be re-boxed.
- *Renewed*: A product that has been inspected and tested to work and look like new by an Amazon-qualified and performance-managed supplier (a Marketplace seller or vendor) or by Amazon. The product has minimal to no signs of wear, no visible cosmetic imperfections when held 12 inches away, and may arrive in a brown or white box with relevant accessories that may be generic with exceptions, if any, mentioned on the product detail page. The product comes with the Amazon Renewed Guarantee giving you a replacement or refund within 90 days of purchase if the product does not work as expected.
- *Rental*: A product that has been inspected and graded by a qualified supplier (a seller, vendor, or by Amazon) in working condition with no structural imperfections that could impact the functionality. The products may be packaged in a generic box and come with relevant accessories as expected for a new product. Any exceptions to this condition description will be mentioned on the product detail page.
- *Used - Like New or Open Box*: An item in perfect working condition. Original protective wrapping may be missing, but the original packaging is intact and in good condition with minor damage possible. Instructions are included.
- *Used - Very Good*: A well-cared-for item that has seen limited use and remains in good working condition. The item may show some limited signs of wear with small scratches or cosmetic blemishes. Item may arrive with damaged packing or be repackage and could be missing some accessories. Missing accessories are clearly defined for each item.
- *Used - Good*: The item shows wear from consistent use, but it remains in good condition and functions properly. Item may arrive with damaged packaging or be repackaged. It may be marked, have identifying markings on it, or have minor cosmetic damage. It may also be missing some parts/accessories such as screws (in the case of furniture) or instruction manual.
- *Used - Acceptable*: The item is fairly worn but continues to function properly. Item may arrive with damaged packaging or be repackaged. Signs of wear can include aesthetic issues such as scratches, dents, and worn corners. The item may have identifying markings on it or show other signs of previous use. Item may be missing some parts/accessories such as screws (in the case of furniture) or a mouse or USB cable. (in the case of a laptop.)

**Table of Contents**
General Condition Guidelines
Amazon Devices - Used
Books - New and Used
Books - Collectible
Music - New and Used
Music - Collectible
Rentals
Software & Computer Games
Toys & Games - Collectible
Video, DVD & Blu-ray Discs - New and Used
Video, DVD & Blu-ray Discs - Collectible
Video Games
Watches

## Category-Specific Condition Guidelines

The following category-specific condition guidelines should be used as indicated in addition to or in place of the General Condition Guidelines.

## Amazon Devices - Used

Used Amazon devices are not accompanied by a manufacturer's warranty but do receive a 30 day money-back guarantee from Amazon. In addition to the General Condition Guidelines, the following guidelines apply:

- *Used - Very Good*: Very minor cosmetic imperfection(s) on the item.
- *Used - Good*: Minor cosmetic imperfection(s) on the item.
- *Used - Acceptable*: Small cosmetic imperfection(s) on the item associated with regular use.

## Books - New and Used

In addition to the General Condition Guidelines, the following guidelines apply:

- *New*: A brand-new copy with cover and original protective wrapping intact. Books with markings of any kind on the cover or pages, books marked as "Bargain" or "Remainder," or with any other labels attached, may not be listed as New condition.
- *Used - Like New*: Item may have minor cosmetic defects (marks, wears, cuts, bends, crushes) on the cover, spine, pages or dust cover. Dust cover is intact and pages are clean and not marred by notes. Item may contain remainder marks on outside edges. Item may be missing bundle media.
- *Used - Very Good*: Item may have minor cosmetic defects (marks, wears, cuts, bends, crushes) on the cover, spine, pages or dust cover. Shrink wrap, dust covers, or boxed set case may be missing. Item may contain remainder marks on outside edges, which should be noted in listing comments. Item may be missing bundled media.
- *Used - Good*: All pages and cover are intact (including the dust cover, if applicable). Spine may show signs of wear. Pages may include limited notes and highlighting. May include "From the library of" labels. Shrink wrap, dust covers, or boxed set case may be missing. Item may be missing bundled media.
- *Used - Acceptable*: All pages and the cover are intact, but shrink wrap, dust covers, or boxed set case may be missing. Pages may include limited notes, highlighting, or minor water damage but the text is readable. Item may but the dust cover may be missing. Pages may include limited notes and highlighting, but the text cannot be obscured or unreadable.

**Note**: Some electronic material access codes are valid only for one user. For this reason, used books, including books listed in the *Used – Like New* condition, may not come with functional electronic material access codes.

## Books - Collectible

The General Condition Guidelines do **not** apply to collectible books. To be considered collectible, a book should be unique in a way that could reasonably be assumed to increase the book's value to a collector such as first editions and first printings; signed, inscribed or scare copies; and advance reading copies and uncorrected proofs of out-of-print books. The following conditions apply for Collectible Books:

- *Collectible - Like New*: All pages and the cover are intact. The dust jacket is intact, if applicable, with no noticeable or very tiny nicks or flaws. Spine has no signs of creasing. Book may have very small but virtually unnoticeable flaws
- *Collectible - Very Good*: Pages are intact and not marred by notes or highlighting. Spine shows no sign of creasing. Dust jacket, if applicable, shows signs of some rubbing or chipping.
- *Collectible - Good*: All pages and the cover are intact, including the dust jacket, if applicable. Spine may show signs of wear. Generally, books in Good condition are not considered to be collectible grade.
- *Collectible - Acceptable*: A readable copy showing significant wear. Dust jacket may be missing. For all but the rarest items, books in Acceptable condition are not considered to be collectible grade.

## Music - New and Used

Music formats include vinyl, magnetic tape, and disc. In addition to the General Condition Guidelines, the following guidelines apply:

- *Used - Like New*: The jewel case, cassette case, or album cover has no scratches or scuffing. Cover art, liner notes, and inclusions are in perfect condition. Packaging may have a remainder cut-out, which should be noted in the listing comments.
- *Used - Very Good*: The packaging, cover art, liner notes, or inclusions may show limited signs of wear.
- *Used - Good*: The item or packaging may have identifying markings from its owner.
- *Used - Acceptable*: The item plays perfectly but is otherwise the worse for wear. Packaging and inclusions may be damaged, marked, or missing. Note any missing items in the listing comments.

## Music - Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector, such as signed, inscribed, scarce, or unique characteristics such as special pressings, unusual aesthetics (colored vinyl), or limited edition packaging.

Seller comments for collectible music should include the following:

- Further detail on condition or completeness of item and packaging.
- Notes about the presence of signatures, inscriptions, or other personalization.

## Rentals

In addition to the General Condition Guidelines, the following guidelines apply:

**Textbook Rentals:**

Acceptable rental conditions means:

- No water damaged (wavy, swollen, or discolored, crinkled, stains, rings)
- No broken spine or binding
- Cover is not torn or taped
- No missing, torn or loose pages
- No burns, fire or smoke damage
- No strong odor of any kind (including musty odor, cigar or cigarette odor
- No excessive writing or highlighting

**Musical Instrument Rentals:**

Acceptable rental condition means:

- No functional imperfections that could impact instruments playability
- Carry case and accessories are not missing
- May not be in original packaging

## Software & Computer Games

In addition to the General Condition Guidelines, the following guidelines apply:

- *New*: Includes the original Universal Product Code (UPC).
- *Used- Like New*: The box and jewel case are pristine, with no signs of wear. UPC should be visible.
- *Used - Very Good*: Outer box may be damaged or come repackaged. Jewel case shows no sign of wear. Disc may have up to 1cm marking but is in great working condition.
- *Used - Acceptable* :Original UPC, the original jewel case, or both are missing. Disc may have marking greater than 1.5 cm but is in great working condition.
- *Open Box - Acceptable*: Original UPC, the original jewel case, or both are missing. Disc may have marking greater than 1.5 cm but is in great working condition.

**Note:** Buyers outside the U.S. cannot purchase software or computer games from Amazon sellers.

## Toys & Games - Collectible

Collectible toys and games must be rare, exclusive, one-of-a-kind, or otherwise unique. The General Condition Guidelines do **not** apply to the Collectible Toys & Games.

Use the following condition types for Collectible Toys & Games:

- *Collectible* - Like New: An apparently untouched item in perfect condition. The original protective wrapping, if any, may be missing, but the original packaging is intact. There are absolutely no signs of wear. Suitable for presenting as a gift.
- *Collectible - Very Good*: A well-cared-for item that has seen limited use but remains in great condition. Item and instructions are complete and undamaged but may show some signs of wear.
- *Collectible - Good*: Item shows wear from consistent use, but it remains in good condition. The original instructions are included and in acceptable condition. The item may be marked, identified, or show other signs of previous use. The item works perfectly and is in good shape overall.

## Video, DVD, & Blu-ray Discs - New and Used

In addition to the General Condition Guidelines, the following guidelines apply to used video, DVD, and Blu-ray discs:

- *Used - Like New*: Any codes for digital copies or downloadable content must be included and unused.
- *Used - Very Good*: Case may be damaged or come repackaged. Disc may have up to 1cm making but is in great working condition.
- *Used - Good*: Case may be damaged or come repackaged. Disc may have up to 1.5cm marking but is in great working condition.
- *Used - Acceptable*: A product with extensive external signs of wear, but is in great working condition. The case may be damaged. THe cover art, liner, notes, or other inclusion may be marked, or one or all of these items may be missing.

**Note:** The seller must note any missing inclusions in their listing comments. Combination sets may not be listed with missing discs. If a digital copy is missing, this should be noted in the condition notes. Products must be sold with a protective jewel case or box. Sellers may substitute newer packaging when a jewel case or box is damaged, but they may not substitute copied cover art or liner notes for the originals. The video, disc, or packaging may have identifying markings from its owner.

## Video, DVD, & Blu-ray Discs - Collectible

To be considered collectible, the item should be unique in a way that increases value for a collector (e.g., signed or inscribed or scarce).

Seller comments for collectible media should include the following:

- Further detail on the condition or completeness of item and packaging.
- Notes about the presence of signatures, inscriptions, or other personalization.

## Video Games

Unless otherwise specified, all video game items sold on Amazon.com are assumed to be U.S. market products.

In addition to the General Condition Guidelines, the following guidelines apply:

- *New*: Unless specified in the product title, all new video game items are assumed to be in full retail packaging. Bulk, plain white box, or other types of packaging are not allowed unless specifically called out in the product title.
- *Used - Like New*: Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- *Used - Very Good*: Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- *Used - Good*: Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.
- *Used -Acceptable*: It must be noted whether the box or instructions are missing in the condition notes field. Activation codes for bonus online content may be missing or expired. Product may not include downloadable content.

## Watches

In addition to the General Condition Guidelines, the following guidelines apply:

- *Used - Like New*: Item will come in pristine, original packaging. No cosmetic damages are present. All parts and accessories are present and item is functioning.
- *Used - Very Good*: Item may be repackaged. Packaging may have slight cosmetic damage. Glass housing or wrist strap may have scratches that are less than 4". Parts and accessories are present and item is functioning.
- *Used - Good*: Item may be repackaged. Packaging may have slight cosmetic damage. Glass housing or wrist strap may have scratches that are less than 10". Some parts and accessories are missing but item is functioning.