# EXHIBIT J

# Holland & Knight

800 17th Street N.W., Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

Daniel C. Neustadt
+1 202-469-5163
Dan.Neustadt@hklaw.com

May 21, 2020

**Via UPS**

Roman A. Safonov, President
Legendary Roman Inc., dba Legendary Inc.
18061 Biscayne Blvd – Apt. 503
Aventura, FL 33160

      Re:    *Infringement of Environ Skin Care (Pty) Ltd. and DermanCare USA Corporation Intellectual Property Rights*

Dear Mr. Safonov:

We represent DermaCare USA Corporation, dba DermaConcepts, the exclusive U.S. licensee of Environ Skin Care (Pty) Ltd.'s intellectual property rights, and the exclusive U.S. distributor of Environ's high quality skin care products. We write on behalf of both DermaConcepts and Environ.

We have previously tried to reach you via Amazon's Buyer-Seller messaging service, but we expect that those communications may not have reached you.

Regardless, we assume your familiarity with Environ and its premium professional skin care goods. You may also be aware that Environ is the owner of nearly thirty U.S. trademark registrations for its ENVIRON mark and its various brands (the "Environ Marks"), subject of U.S. Trademark Registration Nos. 2740960 among many others.

It has come to our client's attention that Legendary Inc. ("you") is making unauthorized sales of ENVIRON skin care products to U.S. consumers via Amazon.com. As of this writing, it appears that you are offering nearly 40 ENVIRON products online.

Our review of your Amazon storefront shows that you are currently offering products under many, if not all, of the following U.S. registered trademarks owned by Environ: ENVIRON (RNs 2904076, 3725003, 3725004, 5675663), C-QUENCE (RN 3226726), ESSENTIA (RN 4356111), numerous FOCUS CARE marks (RNs 5476247, 5476249, 5476248, 5716000, 5633604), RAD (RN 5769931), AVST (RN 3723196), DERMA-LAC (RN 4004887), ROLL-CIT, and IONZYME (RNs 2740960, 2744826).

As you are aware, ENVIRON skin care products are extremely sensitive to temperature and other variables, and if not treated properly, are easily damaged. For this reason, and because ENVIRON

Legendary Inc.
May 21, 2020
Page 2

products are most effective when used in accordance with Environ's STEP-UP SYSTEM (which gradually increases the dosage of Vitamin A and other ingredients to reduce adverse reactions) and related guidance, Environ does not authorize the sale of its products online. Indeed, to ensure that products sold under the Environ Marks match the quality that such marks represent, Environ offers its products only through trained Environ Skin Care Professionals, at physician's offices and medically affiliated spas.

Your sale of Environ products outside of the authorized distribution chain and its necessary controls robs Environ of the right to control the quality of its products, and strips the Environ Marks of their ability to designate the quality of the goods to which they relate. The goods you offer – because they are not handled or sold in accordance with Environ's indispensable guidance – are materially different from authorized ENVIRON goods, and are not considered "genuine" under U.S. law. Your unauthorized use of Environ's registered trademarks therefore constitutes trademark infringement.

Moreover, it appears that you are offering various ENVIRON products that are not authorized for sale in the U.S. at all, including but not limited to the "Environ Ionzyme C-Quence Energising Masque."

While your infringement of the Environ Marks and the resulting damage to Environ may have been inadvertent, you should be aware that the consequences for trademark infringement and counterfeiting under U.S. law can be quite severe. In instances of willful infringement, rightsholders are eligible to recover statutory damages of up to $1 million, per infringed mark. Accordingly, our client demands that you immediately cease and desist from all use of the Environ Marks and all sale of Environ products.

To avoid any unfortunate misunderstanding regarding your intentions in this matter, please respond in writing by no later than **May 29, 2020** confirming your commitment to comply with the requests above. In the absence of a response, we will advise our client, in coordination with Environ, of all legal options available to it.

This letter is not a complete statement of DermaConcepts' or Environ's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies, or defenses.

HOLLAND & KNIGHT LLP

Daniel C. Neustadt

DCN/s