# EXHIBIT K

## Neustadt, Dan C (WAS - X75163)

| | |
|---|---|
| **From:** | R <legendaryinc@mail.com> |
| **Sent:** | Monday, June 1, 2020 11:06 AM |
| **To:** | Neustadt, Dan C (WAS - X75163) |
| **Subject:** | environ |

```
[External email]

Hello!

Regarding Legendary Inc account on amazon.

Per your request all environ listings were removed from my account.

Thank you!
```