# EXHIBIT L

**Neustadt, Dan C (WAS - X75163)**

| | |
|---|---|
| **From:** | Neustadt, Dan C (WAS - X75163) |
| **Sent:** | Saturday, July 25, 2020 1:31 AM |
| **To:** | 'R' |
| **Cc:** | Jamison, Christopher R (WAS - X71814) |
| **Subject:** | RE: environ - FRE 408 COMMUNICATION - WITHOUT PREJUDICE |

Dear Roman,

We are following up again for clarification with respect to your intentions in this matter. If we do not hear from you by August 3, 2020, we will assume that your June 1 communication was not in good faith and that you have no intent to cease your unauthorized use of Environ marks and unauthorized sale of Environ products.

Please let us hear from you.

Best regards,
Dan


Dan Neustadt | Holland & Knight
Phone 202.469.5163 | Cell 917.517.4928


-----Original Message-----
From: Neustadt, Dan C (WAS - X75163)
Sent: Monday, July 6, 2020 10:35 AM
To: 'R' <legendaryinc@mail.com>
Cc: Jamison, Christopher R (WAS - X71814) <Christopher.Jamison@hklaw.com>
Subject: RE: environ - FRE 408 COMMUNICATION - WITHOUT PREJUDICE
Importance: High

Dear Roman,

We were pleased to receive this email, but it appears that all of your Amazon listings for Environ products are still active. Please have them removed immediately and confirm that they have been taken down, and that you will undertake to keep them down and forever cease any unauthorized sales of Environ products, either on Amazon or elsewhere. I look forward to your confirmation by close of business today.

If you are represented by counsel, please have them contact me.

Kind regards,
Dan

Dan Neustadt | Holland & Knight
Phone 202.469.5163 | Cell 917.517.4928

-----Original Message-----
From: R <legendaryinc@mail.com>

```
Sent: Monday, June 1, 2020 11:06 AM
To: Neustadt, Dan C (WAS - X75163) <Dan.Neustadt@hklaw.com>
Subject: environ
```

[External email]

Hello!

Regarding Legendary Inc account on amazon.

Per your request all environ listings were removed from my account.

Thank you!