UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62030-CIV-COHN/STRAUSS

ENVIRON SKIN CARE (PROPRIETARY)
LIMITED, and DERMACARE USA
CORPORATION DBA DERMACONCEPTS,

            Plaintiffs,

vs.

LEGENDARY ROMAN, INC., LEGENDARY,
INC., ROMAN A. SAFONOV, and
JOHN DOES 1-5,

            Defendants.
            _____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion for Entry of Consent Decree [DE 19] ("Motion").  The Court has reviewed the Motion and the proposed Consent Decree, and is otherwise advised in the premises.  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Unopposed Motion for Entry of Consent Decree [DE 19] is **GRANTED**;

2. The Court hereby **APPROVES** the parties' Consent Decree;

3. This case is **DISMISSED WITH PREJUDICE**, with each party bearing their own attorneys' fees and costs;

4. The Court retains jurisdiction to enforce the terms of the Consent Decree; and

5. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of December, 2020.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.